**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6049**

DONALD JAMES HURLBERT,

                    Plaintiff - Appellant,

          v.

REGINALD I. LLOYD, Director SLED,

                    Defendant – Appellee,

          and

STATE OF SOUTH CAROLINA,

                    Defendant.

Appeal from the United States District Court for the District of South Carolina, at Beaufort.  Patrick Michael Duffy, Senior District Judge.  (9:09-cv-00241-PMD)

Submitted:  March 16, 2010            Decided:  March 24, 2010

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donald James Hurlbert, Appellant Pro Se.  Christopher Todd Hagins, SOUTH CAROLINA LAW ENFORCEMENT DIVISION, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald James Hurlbert appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hurlbert v. Lloyd, No. 9:09-cv-00241-PMD (D.S.C. Dec. 2, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED